# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

FILED BY _____ D.C.

05 JUN 13 PM 4: 09

ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT
W.D. OF TN.-JACKSON

MARY ADKISSON,                          )
                                        )
      Plaintiff,                        )
                                        )
VS.                                     )        NO.    1-03-1266-T-An
                                        )        JURY DEMAND
ETHICON, INC., JOHNSON & JOHNSON,       )
XYZ DISTRIBUTION COMPANY, and           )
JOHN DOE,                               )
                                        )
      Defendants.                       )

## ORDER OF DISMISSAL WITH PREJUDICE

This date came the Plaintiff and the Defendants in the captioned cause by and through their counsel of record and stated to the Court that all issues under the original Complaint have been resolved by way of compromise, and they jointly request that the Court enter an Order of Dismissal with Prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that the within action be and the same is hereby dismissed with prejudice and statutory costs of this cause are taxed to the Defendants upon which execution may issue.

Entered this the *13th* day of _____ *June* _____, 2005.

_____
JAMES D. TODD, U.S. DISTRICT JUDGE

5555-41-CHB; Page 1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on ____06-14-05____

(37)

APPROVED FOR ENTRY:

WALTER W. BUSSART
Attorney for Plaintiff
520 North Ellington Parkway
Lewisburg, TN 37091

CHARLES H. BARNETT, III – 008721
LISA A. HOUSTON – 20477
Attorney for Defendants, Ethicon, Inc. and
Johnson & Johnson
P.O. Box 2004
Jackson, TN 38302-2004
731-424-0461

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 1:03-CV-01266 was distributed by fax, mail, or direct printing on June 14, 2005 to the parties listed.

---

Lisa A. Houston
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Walter W. Bussart
BUSSART & MEDLEY
520 N. Ellington Pkwy.
Lewisburg, TN 37091

Charles H. Barnett
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

Honorable James Todd
US DISTRICT COURT